IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



DEC 1 2016

Clerk, U.S. District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 16-05-BLG-SPW-02 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GENE ANDREW TUFTON, | |
| Defendant. | |

Before this Court is Defendant Gene Andrew Tufton's Show Cause Motion. (Doc. 136). Since his arraignment on February 9, 2016, Tufton has elected to proceed with counsel. Despite having counsel, however, Tufton filed the current motion pro se. Through this pro se filing, Tufton engages in hybrid representation without first seeking this Court's permission. *See United States v. Klee*, 494 F.2d 394, 396-97 (9th Cir. 1974) (a criminal defendant does not have an absolute right to both self-representation and the assistance of counsel); *see also United States v. Daniels*, 572 F.2d 535, 540 (5th Cir. 1978) (whether to allow hybrid representation remains within the sound discretion of the trial judge). Under such circumstances, "[a] district court has no obligation to entertain pro se motions filed by a represented party." *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001).

This Court will not consider motions filed by Tufton personally and declines to consider the motion before the Court.

Accordingly, IT IS HEREBY ORDERED that Tufton's Show Cause Motion (Doc. 136) is DENIED in its entirety.

DATED this 15th day of December 2016.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge