IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | CR 16-05-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GENE ANDREW TUFTON, | |
| Defendant. | |

Upon Defendant's Unopposed Motion for Leave to File Under Seal (Doc. 259), and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Continue Sentencing is filed under seal.

DATED this 12th day of September, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1